IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULES ARMAND CHE SIEWE ACHUO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CASE NO. 2:11-cv-250-TMH |
| ) | |
| ) | |
| ERIC HOLDER, *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #2) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #2) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama for all further proceedings.

Done this 26th day of May, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE